■ DONNA FORDHAM-COLEMAN, as Administratrix of the Estate of VELMA ARLENE FORDHAM, Deceased, Appellant-

Respondent, v NATIONAL FUEL GAS DISTRIBUTION CORPORATION, Respondent-Appellant, et al., Defendant. [838 NYS2d 456]—Motion for leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Gorski, Centra, Green and Pine, JJ.